```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                            :
DIANE WORD,                                 :        04 CV 328 (LAP) (HBP)
                                            :
                    Petitioner,             :        ORDER OF DISMISSAL
                                            :
        v.                                  :
                                            :
ELAINE LORD, Superintendent,                :
Bedford Hills Correctional Facility,        :
                                            :
                    Respondent.             :
                                            :
-------------------------------------------------------X

*MAILED TO pet. & COUNSEL*

LORETTA A. PRESKA, Chief United States District Judge:

   Considering Petitioner's April 20, 2009 Affirmation In Support of Order to Show Cause on Petition for Writ of Habeas Corpus as objections to the Report and Recommendation of Magistrate Judge Pitman dated April 15, 2009 [dkt. no. 17], the objections are overruled.  Petitioner primarily reargues matters argued before the Magistrate Judge.

   Finding Magistrate Judge Pitman's decision to be correct and appropriate, his Report and Recommendation is hereby adopted.

   The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

Dated:  December 11, 2009

                                        _____
                                        LORETTA A. PRESKA, Chief U.S.D.J.

Orderacceptrr7